**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
515 South Flower Street
18th and 19th Floors
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Counsel for Plaintiff Hau Xiang Leong*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAU XIANG LEONG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPRICOR THERAPEUTICS, INC. and LINDA MARBÁN,<br><br>Defendants. | Case No. 25-cv-1815-DMS-AHG<br><br>**NOTICE OF ERRATA** |

**PLEASE TAKE NOTICE** that Plaintiff Hau Xiang Leong ("Plaintiff"), through his counsel, respectfully submits a corrected Schedule A, attached hereto as Exhibit A, to replace Plaintiff's corresponding chart attached to his certification filed with the complaint on July 17, 2025. *See* ECF No. 1-2.

Dated: August 1, 2025

Respectfully submitted,

**LEVI & KORSINSKY LLP**

/s/ Adam Apton

Adam M. Apton (SBN 316506)
Email: aapton@zlk.com
515 South Flower Street
18th and 19th Floors
Los Angeles, CA 90071
Tel: (213) 985-7290

*Attorneys for Plaintiff Hau Xiang Leong*