# EXHIBIT "A"

| Client Name | |
|---|---|
| Hau Xiang Leong | |
| Fund Name | Fund Number |
| Individual | 1 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-27-2025 | P | 96 | $ 10.1600 |
| 05-29-2025 | P | 30 | $ 10.2000 |
| 06-09-2025 | P | 7 | $ 13.3500 |
| 06-09-2025 | P | 10 | $ 13.8900 |
| 06-10-2025 | P | 7 | $ 13.6400 |
| 06-10-2025 | P | 15 | $ 13.7500 |
| 06-10-2025 | P | 20 | $ 14.1000 |
| 06-11-2025 | P | 16 | $ 12.7800 |
| 06-11-2025 | P | 16 | $ 12.7200 |
| 06-12-2025 | S | -50 | $ 13.8900 |
| 06-16-2025 | P | 40 | $ 11.8100 |
| 06-17-2025 | S | -90 | $ 13.2800 |
| 06-18-2025 | P | 10 | $ 10.9900 |
| 06-19-2025 | P | 44 | $ 11.4400 |
| 06-20-2025 | P | 41 | $ 09.8400 |
| 06-20-2025 | P | 50 | $ 10.1100 |
| 06-27-2025 | P | 44 | $ 11.2400 |
| 06-30-2025 | P | 10 | $ 10.3700 |
| 07-01-2025 | P | 10 | $ 09.7000 |
| 07-02-2025 | P | 10 | $ 09.7600 |

| Client Name | |
|---|---|
| Hau Xiang Leong | |
| **Fund Name** | **Fund Number** |
| Roth | 2 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 05-27-2025 | P | 7 | $ 10.6800 |
| 05-27-2025 | P | 10 | $ 10.1400 |
| 05-28-2025 | P | 50 | $ 10.3600 |
| 05-29-2025 | P | 100 | $ 10.1700 |
| 06-09-2025 | P | 15 | $ 13.3500 |
| 06-09-2025 | P | 50 | $ 13.8800 |
| 06-09-2025 | P | 40 | $ 14.8000 |
| 06-10-2025 | S | -90 | $ 14.1200 |
| 06-10-2025 | P | 7 | $ 13.6400 |
| 06-10-2025 | P | 15 | $ 13.7400 |
| 06-11-2025 | P | 39 | $ 12.7600 |
| 06-11-2025 | P | 39 | $ 12.7500 |
| 06-12-2025 | S | -50 | $ 13.8500 |
| 06-16-2025 | P | 40 | $ 11.8100 |
| 06-17-2025 | S | -113 | $ 13.2000 |
| 06-20-2025 | P | 51 | $ 09.8400 |
| 06-20-2025 | P | 50 | $ 10.1600 |
| 06-24-2025 | P | 59 | $ 08.4900 |
| 06-24-2025 | P | 50 | $ 08.5300 |
| 06-27-2025 | S | -89 | $ 11.2400 |
| 06-30-2025 | P | 10 | $ 10.3500 |
| 07-01-2025 | P | 10 | $ 09.7100 |
| 07-02-2025 | P | 10 | $ 09.7600 |