**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAU XIANG LEONG, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>              v.<br><br>CAPRICOR THERAPEUTICS, INC. and LINDA MARBÁN,<br><br>                    Defendants. | No.: 3:25-cv-01815-GPC-AHG<br><br>**ORDER GRANTING JOINT MOTION SETTING A SCHEDULE FOR THE FILING OF A CONSOLIDATED COMPLAINT AND RESPONSIVE BRIEFING**<br><br>**[ECF No. 30]** |

Having considered the papers filed in support of the Joint Motion to propose an agreed-upon schedule for the filing of a consolidated complaint and briefing on Defendants' response thereto, and for good cause shown, the Court hereby ORDERS as follows:

1. Plaintiffs shall file an amended complaint on January 5, 2026;

2. Defendants shall file their motion to dismiss on March 6, 2026;

3. Plaintiffs shall oppose the motion on April 13, 2026;

4. Defendants will file a reply in further support of the motion on May 1, 2026.

1

5.   A hearing on Defendant's motion will be held on May 29, 2026 at 1:30pm in Courtroom 12A of the Carter/Keep U.S. Courthouse.

**IT IS SO ORDERED.**

Dated:  October 29, 2025

Hon. Gonzalo P. Curiel
United States District Judge