**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAU XIANG LEONG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPRICOR THERAPEUTICS, INC. and LINDA MARBÁN,<br><br>Defendants. | No.: 3:25-cv-01815-GPC-AHG<br><br>**ORDER GRANTING JOINT MOTION MODIFYING SCHEDULE FOR FILING CONSOLIDATED COMPLAINT AND RESPONSIVE BRIEFING**<br><br>**[ECF No. 34]** |

Having considered the papers filed in support of the Joint Motion, and for good cause shown, the Court hereby ORDERS as follows:

1.    Plaintiffs shall file an amended complaint on **January 19, 2026**.

2.    Defendants shall file their motion to dismiss on **March 20, 2026**.

**IT IS SO ORDERED.**

Dated:  January 5, 2026

Hon. Gonzalo P. Curiel
United States District Judge

1